# HARRISBURG AREA COMMUNITY COLLEGE



## Certificate of Completion

is presented to

### Steven A. Voneida

for successfully completing the requirements of the

### EMT Basic

conferred by the

### Public Safety Center

(HACC Section #90520/200190F)
(140 Hours)

September 14, 2000 – February 11, 2001

_____  Date   E01  4468

_Lawrence E. Gulick_
Vice President, Instruction and Educational Services

_David A. _____
Executive Director, Public Safety Center

_William Cook_
Public Safety Center Instructor

_William Cool_
Public Safety Center Instructor

EXHIBIT 1



Prospective Students   Current Students   Faculty and Staff   Alumni, Friends, and Organizations   Visitors   Academics   About Us

**Army ROTC**

STEVEN VOJTEK PH

This Site ▼ [        ] Search

People | Departments | Calendars

Army Reserve Officer Training Corps (ROTC) is a two, three, or four year college elective program designed to produce commissioned officers for the Army Reserve, National Guard, and the active Army.

Penn State Harrisburg students train with cadets from Dickinson College, Millersville University, Gettysburg College, Lebanon Valley College, Franklin & Marshall College and Messiah College; for more information check out our website.



ANGEL · eLion · Portal · Webmail
College News

**Alumni Society elects new officers, board members**
Nov 11 2010

Penn State Harrisburg's Alumni Society recently elected new officers and board members.  Judy Hricak (1989, Humanities), vice president national practice manager – marketing and business development with Gannett Fleming, will serve as president and succeeds Jessica Gray (1997, Public Policy), executive director of the House Republican Caucus Chairman's Office.  Other new officers include Leslie Meals (1980, Social Science), administrative assistant with Hershey Entertainment and Resort Company, as vice president and Nydia Vazquez (2003, Structural Design and Construction Engineering Technology), project engineer with Clark Construction, as secretary.

read more

### ROTC courses offered at Penn State Harrisburg

**Fall Courses**

- **ARMY 101:** U.S. Army Organization and Functions (2)
  Introduction to U.S. Army and ROTC: their organization, missions and functions; customs and traditions; leadership laboratory.
- **ARMY 203:** Army Operations: Tactics and the Principles of War (2)
  Organization and operation of Army units; fundamentals of unit tactics; leadership laboratory.
- **ARMY 301:** Advanced Principles of Leadership and Management (3)
  Principles of military leadership; military skills development; land navigation; physical fitness; leadership laboratory.
- **ARMY 401:** Organizational Behaviors: Interrelationships of Directing Staffs and Staff Functions (3)
  Leadership; command and staff functions; ethics and professionalism; military writing; leadership laboratory.

**Spring Courses**

- **ARMY 102:** The Military Profession: Leadership and Management Theory (2)
  Introduction to leadership techniques and basic management skills; leadership laboratory.
- **ARMY 204:** Land Navigation: Topographic Maps and Orienteering (2)
  Military and topographic maps; methods of orienteering and land navigation; leadership laboratory.
- **ARMY 302:** Advanced Principles of Military Leadership and Combat Operations (3)
  Leadership in the field; principles of offense, defense, and patrolling; physical fitness, leadership laboratory.
- **ARMY 402:** Army Personnel Management and Logistics (3)
  Leadership; army personnel management; logistics system; personnel counseling; military justice; Soviet military; personal affairs; training management; army life; leadership laboratory.

**Contact**

For information about enrolling in Army ROTC at Penn State Harrisburg or to apply for an Army ROTC scholarship, contact Major Craig Walker:

- E-mail: lcw13@psu.edu
- Office: (717) 871-5900
- Fax: (717) 871-5689

**Heard on campus: Holocaust survivor delivers message of tolerance**
Nov 8 2010



Hilda Mantelmacher has made some sense of the time she spent in Nazi concentration camps Bergen-Belsen and Auschwitz.  "If you hate, it hurts nobody but you," said Mantelmacher.

Mantelmacher recounted her experiences from World War II to a crowded Penn State Harrisburg audience Nov. 2.

read more

**Visit from Lincoln kicks off exhibit opening**
Nov 5 2010



The Penn State Harrisburg library celebrated its new Abraham Lincoln exhibit with a visit from a special guest. Mr. Lincoln – respected actor and historian James Getty – greeted guests and recounted stories, personal and

EXHIBIT 2

STeveN VaNcido

## Army ROTC

Army Reserve Officer Training Corps (ROTC) is a two, three, or four year college elective program designed to produce commissioned officers for the Army Reserve, National Guard, and the active Army.

Penn State Harrisburg students train with cadets from Dickinson College, Millersville University, Gettysburg College, Lebanon Valley College, Franklin & Marshall College and Messiah College; for more information check out our website.



**ROTC courses offered at Penn State Harrisburg**

EXHIBIT 2



EXHIBIT 3A

STEVEN VONEIDA



EXHIBIT 3B

MIKE MAGARO
662-7179

INVOICE NO.

**INVOICE**

| SOLD TO | SHIPPED TO | VIA |
|---|---|---|
| Ken Voneida | | |
| **ADDRESS** 6111 Bluestone Ave | **ADDRESS** | |
| **CITY, STATE, ZIP** HBG PA 17112 | **CITY, STATE, ZIP** | |

| CUSTOMER'S ORDER | SALESPERSON | TERMS | F.O.B. | DATE 5/12/07 |
|---|---|---|---|---|

Sold / Ruger M.n. 14 Stainless
        Cal 223
w/ © 5 Rd Mag Box                525 —

Serial # 1963715 7

PA Driver # 15 114 608        Paid 5/12/07

8740



15 114 608    00
DOB 01/28/1953    M
Class CM        HAZ
Endorse ---         5'06"
Corr/Med Rstr */1
Issued 01/28/2005
Expires 01/29/2009

KENNETH LEE VONEIDA
6111 BLUESTONE AVE
HARRISBURG PA 17112                DL

EXHIBIT 4

# Commonwealth of Pennsylvania
## COUNTY OF Dauphin



**APPLICATION FOR SEARCH WARRANT AND AUTHORIZATION**

| Docket Number (Issuing Authority): 20070626M0099 | Police Incident Number: 20070626M0099 | Warrant Control Number: 20070626M0099-A |

| AFFIANT NAME | AGENCY | PHONE NUMBER | DATE OF APPLICATION |
|---|---|---|---|
| Sgt. Gregory Taylor | Lower Paxton Twp. Police Department | 717-657-5656 | 07-02-2007 |

**IDENTIFY ITEMS TO BE SEARCHED FOR AND SEIZED** (be as specific as possible):
Firearms, parts of firearms, ammunition for firearms, or any other items attributed to the illegal use possession or carrying of firearms. Specifically two hunting rifles.

**SPECIFIC DESCRIPTION OF PREMISES AND/OR PERSON TO BE SEARCHED** (Street and No., Apt. No, Vehicle, Safe Deposit Box, etc.):
6111 Blue Stone Ave., Lower Paxton Township, Dauphin County, Pennsylvania. Being a two-story frame single-family residence, with light yellow siding. "6111" house number is on the front door. To include any and all outbuildings.

**NAME OF OWNER, OCCUPANT OR POSSESSOR OF SAID PREMISES TO BE SEARCHED:** (If proper name is unknown, give alias and/or description):
Steven Andrew Voneida, W/M 10/12/1983

| VIOLATION OF ( Describe conduct or specify statute): | DATE(S) OF VIOLATION |
|---|---|
| Title 18 Pa CSA, section 6105 a 1. | May 1, 2007 to date. |

☐ **Warrant Application Approved by District Attorney – DA File No.** _____
(If DA approval required per Pa.R.Crim.P. 202 with assigned File No. per Pa.R.Crim.P. 507)
☐ **Additional Pages Attached (Other than Affidavit of Probable Cause)**
☒ **Probable Cause Affidavit(s) MUST be attached (unless sealed below)** Total number of pages: ___

TOTAL NUMBER OF PAGES IS SUM OF ALL APPLICATION, PROBABLE CAUSE AND CONTINUATION PAGES EVEN IF ANY OF THE PAGES ARE SEALED

The below named Affiant, being duly sworn (or affirmed) before the Issuing Authority according to law, deposes and says that there is probable cause to believe that certain property is evidence of or the fruit of a crime or is contraband or is unlawfully possessed or is otherwise subject to seizure, and is located at the particular premises or in the possession of the particular person as described above.

| Signature of Affiant | Agency or Address if private affiant | Badge Number |
|---|---|---|
| | Lower Paxton Twp. PD | 11 |

Sworn to and subscribed before me this ___ day of _____ 2007. Mag. Dist. No. _____

| Signature of Issuing Authority | Office Address |

### SEARCH WARRANT TO LAW ENFORCEMENT OFFICER:

WHEREAS, facts have been sworn to or affirmed before me by written affidavit(s) attached hereto from which I have found probable cause, I do authorize you to search the premises or person described, and to seize, secure, inventory and make return according to the Pennsylvania Rules of Criminal Procedure.

☒ This Warrant shall be served as soon as practicable and shall be served only between the hours of 6AM to 10PM but in no event later than:*
☐ This Warrant shall be served as soon as practicable and may be served any time during the day or night but in no event later than**
____ M. o'clock _____ 2007

* The issuing authority should specify a date not later than two (2) days after issuance. Pa.R.Crim.P. 205(d).
** If the issuing authority finds reasonable cause for issuing a nighttime warrant on the basis of additional reasonable cause set forth in the accompanying affidavit(s) and wishes to issue a nighttime warrant, then this block shall be checked. Pa.R.Crim.P. 206(g).

Issued under my hand this ___ day of _____ 2007 at ____ M. o'clock

| Signature of Issuing Authority | Mag. Dist. or Judicial Dist. No. | Date Commission Expires |

Title of Issuing Authority: ☒ District Justice ☐ Common Pleas Judge ☐ _____

☐ **For good cause stated in the affidavits(s) the Search Warrant Affidavit(s) are sealed for _____ days by my certification and signature. (Pa.R.Crim.P. 211)**

EXHIBIT 5A

_____ (Date) (SEAL)

**Commonwealth of Pennsylvania**

**COUNTY OF**

**AFFIDAVIT OF PROBABLE CAUSE**



| | | |
|---|---|---|
| Docket Number (Issuing Authority): 20070626M0099 | Police Incident Number: 20070626M0099 | Warrant Control Number: 20070626M0099 |

**PROBABLE CAUSE BELIEF IS BASED UPON THE FOLLOWING FACTS AND CIRCUMSTANCES:**

Your affiant is Sgt. Gregory S. Taylor of the Lower Paxton Township Police Department. I am employed as a sworn Police Officer with Lower Paxton Police Department, having so been so employed for twenty-seven years. For twenty-one of those years, I have been assigned in different capacities to the Criminal Investigation Unit. From 1994 to 2002, I was assigned to investigate crimes of violence, specifically, aggravated assault, robbery and weapons violations. In 2003 (to date), I was assigned as the Criminal Investigation Section supervisor. In this capacity I supervise the criminal casework of other Detectives, as well as assisting in violent crime investigation. I am currently investigating a weapons violation, Lower Paxton case number 20070626M0099. Case information as follows:

On information from Chief Kevin Stoehr of the Pennsylvania State University Capitol Campus. That on May 1, 2007, that he interviewed Steven Andrew Voneida (W/M DOB 10/12/1983), reference an incident related to the University. That during the course of the interview, Stoehr asked Voneida if he possessed any firearms. That Voneida told him that he possessed two hunting rifles at his residence. Stoehr checked Pennsylvania State University records and found that Steven Andrew Voneida lives at 6111 Blue Stone Ave. Harrisburg, Pa. 17112. Further that Voneida is registered to attend classes this summer (1800-2115 hrs.), during the week at Penn State Harrisburg. Stoehr added that Voneida drives a blue 1996 Oldsmobile Cierra, Pa.# DCX-0538.

On information from the affiant. That the affiant checked Steven Andrew Voneida (W/M DOB 10/12/1983), for a criminal history. That the Pennsylvania Criminal History file shows that Voneida was arrested by the Pennsylvania State Police on 05/23/1997 for two counts of Aggravated Assault (Pa. CSA Title 18 section 2702, felony-1). The history indicates that he was adjudicated delinquent on those two charges.

On information from Deputy Dauphin County District Attorney Michael Consiglio, that he confirmed that Voneida had been adjudicated delinquent by Judge Jeanine Turgeon. Consiglio confirmed that the adjucation for two counts of Aggravated Assault prohibits Voneida from possessing firearms as listed under Pa. CSA Title 18 section 6105 Persons Not to Possess, Use, Manufacture, Control or Transfer Firearms. The affiant would note that Aggravated assault is listed under subsection "b", enumerated offenses, for persons not to possess.

On information from the affiant. That I checked Voneida for a Pennsylvania drivers license. That Pennsylvania Department of Transportation records list Voneida living a 6111 Blue Stone Ave. Further the affiant checked the ownership information on the license plate provided by Chief Stoehr. The tag, Pa# DCX-0538 is registered t a 1996 Oldsmobile, owned by Voneida, with an address of 6111 Blue Stone Ave. Harrisburg, Pa. 17112.

On information from the affiant. That on 06-26-2007, that I drove by 6111 Blue Stone Ave. Lower Paxton Township, to obtain a physical description of the residence. That I could see parked behind the residence a blue Oldsmobile, approx. a 1996. I could not verify the tag. I also noted that 6111 Blue Stone Ave. has at least one outbuilding to the rear of the property.

On information from the affiant. That I checked Lower Paxton Police records and found a series of contacts with Voneida, all of which listed a home address of 6111 Blue Stone Ave.

Based on the above information, the affiant has probable cause to believe the following. That Steven Andrew Voneida was adjudicated delinquent for two counts of Aggravated Assault, which prohibits him from owning or possessing firearms. Further that Voneida admitted to a Police Officer that he possesses two firearms at his residence, 6111 Blue Stone Ave. Harrisburg, Pa. (Lower Paxton Twp. Dauphin County). Further that Voneida lives at 6111 Blue Stone Ave. Based on the above probable cause, I request that the issuing authority issue a daytime search warrant for 6111 Blue Stone Ave. to search for and seize firearms, parts of firearms and ammunition for firearms and other corroborative evidence of Voneida's illegal possession of firearms.

I, THE AFFIANT, BEING DULY SWORN ACCORDING TO LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

Affiant Signature _____  Date 7/23/2007  Issuing Authority Signature _____  Date _____

Page ___ of ___ Pages

AOPC 410B-98

EXHIBIT 5B

A COPY OF THIS FORM, WHEN COMPLETED, IS TO BE ATTACHED TO EACH COPY OF THE SEARCH WARRANTS/AFFIDAVIT

# Commonwealth of Pennsylvania
## COUNTY OF Dauphin



**RECEIPT / INVENTORY OF SEIZED PROPERTY**

| Docket Number (Issuing Authority): 20070626M0099 | Police Incident Number: 20070626M0099 | Warrant Control Number: 20070626M0099-A |
|---|---|---|
| Date of Search: 07-02-2007 | Time of Search: 1150 | Inventory Page Number: 1 of 2 Pages |
| Sgt. Gregory S. Taylor | Lower Paxton Twp. PD | 11 |
| Affiant | Agency or Address if private affiant | Badge No. |

The following property was taken / seized and a copy of this Receipt / Inventory with a copy of the Search Warrant and affidavit(s) (if not sealed) was

☑ personally served on (name of person) __Kenneth Vopera__
☐ was left at (describe the location) __611 Blue Stone Ave Harrisburg PA 17112__ _(Dauphin County)_

| Item Number | Quantity | Item Description | Make, Model, Serial No. Color, etc. | |
|---|---|---|---|---|
| 1 | 1 | Assault Rifle – workload | MP5 FA____ | DH |
| 2 | 1 | on His Bed | .50 cal muzzle load 14-13-000040 | DH |
| 3 | 1 | Burst Ammo - Misc gun .38 | | DH |
| 4 | 2 | Like two muzzle loaders – Basement Reload cover 14-13-047740-03  14-13-047745-03 | | DH |
| 5 | 1 | Plastic container - Misc Ammo - Assorted | | DH |
| 6 | 1 | Metal container – Misc Ammo - (misc) | | DH |
| 7 | 1 | Ammo, Shotgun Rounds, boxed Blade Battery-LR | | DK |
| 8 | 2 | Redman Foot locker Marijuana | | JT |
| 9 | 1 | Box Misc Ammo | | DK |
| 10 | 1 | Black case - headphones 65227 | | DM |
| 11 | 4 | Grey Chair - Misc gun Stocks | | DH |
| 12 | | loading papers - Ha Bathroom - H/s | | JT |
| 13 | 1 | Assault Jack Boot Knife | | HB |
| 14 | 1 | Kenwood #5272 serial # 3230933 upstairs Bed w/ GT | | |
| 15 | 1 | Safe Ruger 12ga NSE 06015 NWB67 | | HB |
| 16 | 1 | Remington 870 M V117913K | | HB |
| 17 | 1 | Stainless 12A W321875M | | HB |
| 18 | 1 | " Remington 12ga 124372 | | HB |
| 19 | 1 | " Winchester 30.06 126341 | | HB |
| 20 | 1 | " Winchester 270 G1203337 | | HB |
| 21 | 1 | " Mossberg .22 no Ser | | HB |
| 22 | | | 50 cal A59 2334 | HB |
| 23 | 1 | _____ _____ 015090 W227 | | HB |
| 24 | 1 | Praise Mall F 35099 | | HB |
| 25 | 1 | Winchester E4131 | | HB |

I/we do hereby state that this inventory is to the best of my/our knowledge and belief a true and correct listing of all items seized, and that I/we sign this Receipt / Inventory subject to the penalties and provisions of Title 18 Pa.C.S. 4904 (b). Unsworn Falsification to Authorities.

| Signature of person Issuing Receipt / Inventory | Printed Name: Gregory S Taylor | Affiliation: LPPD | Badge or Title: 11-SGT |
|---|---|---|---|
| Signature of Witness | Printed Name | Affiliation | Badge or Title |
| Signature of person making Search | Printed Name: Gregory S Taylor | Affiliation: LPPD | Badge or Title: 11-SGT |

AOPC 4138-98

EXHIBIT 5C

A COPY OF THIS FORM, WHEN COMPLETED, IS TO BE ATTACHED TO EACH COPY OF THE SEARCH WARRANTS/AFFIDAVIT

**Commonwealth of Pennsylvania**

**COUNTY OF Dauphin**

**RECEIPT / INVENTORY OF SEIZED PROPERTY**

| Docket Number (Issuing Authority): | Police Incident Number: | Warrant Control Number: |
|---|---|---|
| 2007 0626 M0099 | 2007 0626 M0099 | 2007 0626 M0099 |

| Date of Search: | Time of Search: | Inventory Page Number: |
|---|---|---|
| 07-02-07 | 1150 | 2 of 2 Pages |

Affiant: Sgt. Gregory S. Taylor
Agency or Address if private affiant: Lower Paxton Twp. PD
Badge No.:

The following property was taken / seized and a copy of this Receipt / Inventory with a copy of the Search Warrant and affidavit(s) (if not sealed) was
☐ personally served on (name of person) Kenneth Kove, DA
☒ was left at (describe the location) 6411 Blue Storm Ave, Harrisburg, PA 17112 / Dauphin Cty

| Item Number | Quantity | Item Description | Make, Model, Serial No. Color, etc. | | |
|---|---|---|---|---|---|
| 26 | 1 | Safe | Czech BLT | 475264 | MB |
| 27 | 1 | | Savage 222 | 617790? | MB |
| 28 | 1 | | Bat | FC 2628? | MB |
| 29 | 1 | | 12ga Pump | D64107 | MB |
| 30 | 1 | | Remington 30-06 | B6424431 | MB |
| 31 | 1 | | AL Aubrey | 12ga Twist | MB |
| 32 | 1 | | Trapdoor | 14-13-353 564-2 | MB |
| 33 | 1 | | 12ga Double | 24685 | MB |
| 34 | 1 | Downstairs B/R Box Remington 30-06 20 | | | JVA |
| 35 | 1 | Sunroom Rifle Mag with 4 .222 cal Rounds | | | JVA |
| 36 | 1 | Main Flr Bedroom metal Box with 21 Packs of Rifle Rounds | | | JVA |
| 37 | 1 | " " SKS 7.62 Rifle in case ser# 14473 | | | JVA |
| 38 | 1 | Ruger .223 Rifle (M-14) ser# 186-37157 W/ Scope & Flash Silencer | | | |
| 39 | 1 | Ruger Mini 14 Short Clip | | | |
| 40 | 1 | Ruger mini 14 30 Round Clip | | | |
| 41 | 1 | 3 Box of 12 Gauge / 2 Box of 556 / 2 Box of 223 / 1-9mm Round / Receipt | | | |
| 42 | 1 | Pistole Mod 27 .765 ser# 238501 | | | |
| 43 | 1 | Fabrique Nationale .32 Auto ser# 18271 | | | |
| 44 | 1 | Regent .22 6 Shot Revolver R10490 | | | |
| 45 | 1 | Colt 38 Special 2-2007 ser# 923730 & 6 Rounds | | | |
| 46 | 1 | Box 32 Auto / 2 Boxes 22 Long Rifle | | | |
| 47 | 1 | 2 - 30 clips / 3 - 765 clips | | | |

7/2/07

I/we do hereby state that this inventory is to the best of my/our knowledge and belief a true and correct listing of all items seized, and that I /we sign this Receipt / Inventory subject to the penalties and provisions of Title 18 Pa.C.S. 4904 (b). Unsworn Falsification to Authorities.

Signature of person Issuing Receipt / Inventory
Printed Name: Gregory S. Taylor
Affiliation: LPPD
Badge or Title:

Signature of Witness
Printed Name:
Affiliation:
Badge or Title:

Signature of person making Search
Printed Name: Gregory S. Taylor
Affiliation: LPPD
Badge or Title:

ACPC 413B-98

EXHIBIT 5D

I-597 (Rev 8-11-94)

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 2660-PH-102998

On (date) 08/06/2007

item(s) listed below were:
- [x] Received From
- [ ] Returned To
- [ ] Released To
- [ ] Seized

(Name) Mike Magaro
(Street Address) 420 Northstar
(City) Harrisburg, PA 17112

Description of Item(s): ① Invoice No 159438 Receipt for sale of Ruger Mini 14 S/N 19637157 ② Copy of check # 1005 written by Steven Voneida dated 05/12/2007 ③ Gander Mountain Receipt for Magaro purchase of rifle

Received By: [signature]

Received From: [signature]