## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH L. VONEIDA,** | : | **CIVIL ACTION NO. 1:10-CV-2572** |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| **v.** | : | |
| | : | |
| **KEVIN STOEHR**, *et al.*, | : | |
| **Defendants** | : | |

### <u>ORDER</u>

AND NOW, this 20th day of April, 2011, upon consideration of the Report and

Recommendation of United States Magistrate Judge J. Andrew Smyser (Doc. 7),

recommending that the Commonwealth defendants motion to dismiss (Doc. 4) be

granted, and, following an independent review of the record and noting that plaintiff

filed objections[1] to the report on April 13, 2011 (Doc. 8), and the court finding Judge

Smyser's analysis to be thorough and well-reasoned, and the court finding plaintiff's

objections to be without merit and squarely addressed by Judge Smyser's report (Doc. 7),

it is hereby ORDERED that:

---

[1] Where objections to a magistrate judge's report and recommendation are filed, the court must perform a *de novo* review of the contested portions of the report. <u>Supinski v. United Parcel Serv.</u>, Civ. A. No. 06-0793, 2009 WL 113796, at *3 (M.D. Pa. Jan. 16, 2009) (citing <u>Sample v. Diecks</u>, 885 F.2d 1099, 1106 n. 3 (3d Cir. 1989); 28 U.S.C. § 636(b)(1)(c)).  "In this regard, Local Rule of Court 72.3 requires 'written objections which . . . specifically identify the portions of the proposed findings, recommendations or report to which objection is made and the basis for those objections.'"  <u>Id.</u> (citing <u>Shields v. Astrue</u>, Civ. A. No. 07-417, 2008 WL 4186951, at *6 (M.D. Pa. Sept. 8, 2008)).

1.      The Report and Recommendation of Magistrate Judge Smyser (Doc. 7) are
        ADOPTED.

2.      The Commonwealth defendants' motion under Rule 12(b)(6) of the Federal
        Rules of Civil Procedure (Doc. 4) is GRANTED and the Commonwealth
        defendants are DISMISSED from this action.

3.      The above-captioned case is REMANDED to Magistrate Judge Smyser for
        further proceedings.


          S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge